```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
         - v. -                  :        INFORMATION
                                 :
ROBERT IRONSIDE,                 :        06 Cr.
                                 :
              Defendant.         :
                                 :
- - - - - - - - - - - - - - - - x
```

**06 CRIM. 729**

JUDGE SPRIZZO

COUNT ONE

The United States Attorney charges:

On or about May 30, 2005, in the Southern District of New York and elsewhere, ROBERT IRONSIDE, the defendant, unlawfully, willfully, and knowingly, in a matter within the jurisdiction of the executive branch of the Government of the United States, made materially false, fictitious and fraudulent statements and representations, and made and used a false writing and document knowing the same to contain materially false, fictitious, and fraudulent statements, to wit, IRONSIDE faxed a letter to the office of the Federal Bureau of Investigation in Manhattan, New York in which he made false and misleading statements and material omissions regarding his knowledge of and responsibility for electronic mail messages and communications that had in fact been sent by IRONSIDE to a particular individual using names and identities other than IRONSIDE's own, including "Karen Gardiner,"



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 5 2006

"Hal Gardiner," "Sharon Barnes," "Leonard Nachman," "Robert McGarry," "Carl Mulgrave," and "Leona Kink."

(Title 18, United States Code, Section 1001(a)(2) and (a)(3).)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ROBERT IRONSIDE,

Defendant.

**INFORMATION**

06 Cr.          (JES)

(Title 18, United States Code,
Section 1001(a)(2) and (a)(3).)

           MICHAEL J. GARCIA
         United States Attorney.

8/25/06

Waiver of Indict
Information filed

MJ Gounstein